1  **THORNTON DAVIDSON, #166487**
   ERISA Law Group
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:    (559) 256-9800
   Facsimile:    (559) 256-9795
4  Email: thornton@erisalg.com

5
   Attorney for Plaintiff, ALAN POMERANTZ
6

7  **SEAN P. NALTY  (SBN #121253)**
   WILSON, ELSER, MOSKOWITZ,
8   EDELMAN& DICKER LLP
   525 Market Street, 17th Floor
9  San Francisco, CA  94105
   Telephone:    (415) 433-0990
10 Facsimile:    (415) 434-1370
   Email: Sean.Nalty@WilsonElser.com
11
12 Attorney for Proposed Defendant, LIFE INSURANCE OF NORTH AMERICA

13 **MICHAEL ROBERT MARRA #2771053**
   Associate General Counsel
14 THE INTERPUBLIC GROUP OF
   COMPANIES, INC.
15 1114 Avenue of the Americas, 19th Fl.
   New York, NY 10036
16 Telephone:    (212) 704-1216
   Facsimile:    (212) 704-2236
17
18 Attorney for Defendant, FOOTE, CONE & BELDING COMMUNICATIONS, INC.,
   GROUP LONG TERM DISABILITY PLAN
19

20              UNITED STATES DISTRICT COURT FOR
                THE NORTHERN DISTRICT OF CALIFORNIA
21
                       SAN FRANCISCO DIVISION
22

23 | | |
|---|---|
| ALAN POMERANTZ, | Case No: CV11-0652 |
| Plaintiff, | **STIPULATION AND ORDER FOR THE SUBSTITUTION OF PARTIES** |
| v. | |
| FOOTE, CONE & BELDING COMMUNICATIONS, INC., GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

1  In connection with the above-captioned action, and pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii), IT IS HEREBY STIPULATED by and between Plaintiff ALAN POMERANTZ ("POMERANTZ"), Defendant FOOTE, CONE & BELDING COMMUNICATIONS, INC., GROUP LONG TERM DISABILITY PLAN ("THE PLAN") and third party The Life Insurance Company of North America ("LINA") that:

(1) LINA be substituted for the THE PLAN as named defendant in this action;

(2) Defendant THE PLAN be dismissed without prejudice as a defendant in this action;

(3) In addition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), POMERANTZ hereby notices the voluntary dismissal without prejudice of this action against defendant THE PLAN (as of the filing of this stipulation, the FOOTE, CONE & BELDING COMMUNICATIONS, INC., GROUP LONG TERM DISABILITY PLAN has not served an answer or any motion pursuant to Rule 12 or Rule 56 in this action);

(4) The date LINA has executed this stipulation shall be the date of service on LINA of the Complaint in this action, filed February 11, 2011, and the time for LINA's response to the Complaint shall be governed by the Federal Rules of Civil Procedure;

(5) In consideration for this stipulation, and for purposes of this action only, LINA acknowledges and agrees that it will be responsible for any judgment relating to disability benefits under the THE PLAN, and attorneys' fees, if awarded, as they relate to POMERANTZ based on the allegations made in the Complaint against the THE PLAN in this action.

(6) Each of the parties will bear its and her own attorneys' fees and costs associated with the dismissal of the THE PLAN herein; and

(7) The caption of this action be modified accordingly.

//
//
//
//
//

1 | IT IS SO STIPULATED.

3 | Dated: April 5, 2011                        THE ERISA LAW GROUP, LLP

5 |                                             */s/ Thornton Davidson*
6 |                                             THORNTON DAVIDSON
                                                Attorney for Plaintiff,
                                                ALAN POMERANTZ

8 | Date: April 5, 2011                         WILSON, ELSER, MOSKOWITZ,
9 |                                             EDELMAN & DICKER LLP

11 |                                            */s/ Sean P. Nalty*
                                                SEAN P. NALTY
12 |                                            Attorney for Proposed Defendants
                                                LIFE INSURANCE
13 |                                            OF NORTH AMERICA

14 | Date:_April 5, 2011                        THE INTERPUBLIC GROUP OF
15 |                                            COMPANIES, INC.

17 |                                            */s/ Michael Robert Marra*
                                                MICHAEL ROBERT MARRA
18 |                                            Attorney for Defendant, FOOTE,
                                                CONE & BELDING
19 |                                            COMMUNICATIONS, INC.,
                                                GROUP LONG TERM DISABILITY
20 |                                            PLAN

22 | IT IS SO ORDERED.

23 | Dated: 04/06/11

24 |                                            _____
                                                HON. JOSEPH C. SPARO Spero
                                                Judge Joseph C. Spero