1  SEAN NALTY  (SBN 121253)
   Email: Sean.Nalty@WilsonElser.com
2  SHIVANI NANDA  (SBN 253891)
   Email: Shivani.Nanda@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant,
7  LIFE INSURANCE COMPANY OF NORTH AMERICA

8  THORNTON DAVIDSON, #166487
   ERISA Law Group
9  2055 San Joaquin Street
   Fresno, California 93721-2717
10 Telephone:    (559) 256-9800
   Facsimile:    (559) 256-9795
11 Email: thornton@erisalg.com

12 Attorney for Plaintiff, ALAN POMERANTZ

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

| ALAN POMERANTZ, | Case No.: C-11-0652 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Action Filed: February 11, 2011
Trial Date:    None |
| Defendants. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between plaintiff Alan Pomerantz and defendant Life Insurance Company of North America through their attorneys of record, as follows:

   1.    The parties agree that Defendant shall file a response to Plaintiff's Complaint no later than May 24, 2011.

///

///

2. This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order.

Dated: May 16, 2011                    WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP


                                       By:  /s/ Shivani Nanda
                                            SEAN P. NALTY
                                            SHIVANI NANDA
                                            Attorneys for Defendants,
                                            LIFE INSURANCE COMPANY OF
                                            NORTH AMERICA


Dated: May 16, 2011                    THE ERISA LAW GROUP, LLP


                                       By:  /s/ Thornton Davidson
                                            THORNTON DAVIDSON
                                            Attorneys for Plaintiff,
                                            ALAN POMERANTZ


**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant Life Insurance Company of North America has an extension to and including May 24, 2011 to answer or otherwise respond to plaintiff's Complaint in this action.

Date: May 17, 2011                     By: /s/ Maxine M. Chesney
                                           MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT COURT JUDGE