**THORNTON DAVIDSON, #166487**
ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:      (559) 256-9800
Facsimile:       (559) 256-9795
e-mail: thornton@erisalg.com

Attorney for Plaintiff, ALAN POMERANTZ

**SEAN P. NALTY  (SBN #121253)**
**SHIVANI NANDA (SBN# 253891)**
WILSON, ELSER, MOSKOWITZ,
 EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370
Email: **Sean.Nalty@WilsonElser.com**
              **Shivani.Nanda@WilsonElser.com**

Attorney for Defendant,
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN POMERANTZ, | Case No.:CV11-0652 |
| Plaintiff, | **JOINT REQUEST TO PARTICIPATE IN SCHEDULING CONFERENCE BY TELEPHONE/[PROPOSED] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge:    Maxine Chesney |
| | Date:     June 3, 2011 |
| Defendant. | Time:     10:30 a.m. |
| | Crtrm:    7, 19th Floor |

//

//

//

Thornton Davidson, counsel for plaintiff ALAN POMERANTZ, and Sean Nalty, counsel for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, hereby jointly request to participate in the initial Scheduling Conference in this matter by telephone. This request is made for the following reasons:

1. The Scheduling Conference is scheduled for June 3, 2011 at 10:30 a.m. in Courtroom 7, before the Honorable Maxine Chesney.

2. Counsel for the parties have prepared and filed the Joint Scheduling Report

3. This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

IT IS SO STIPULATED.

Date:  May 20, 2011                    ERISA LAW GROUP LLP

                                 By:   /s/ Thornton Davidson
                                       THORNTON DAVIDSON, #166487
                                       Attorney for Plaintiff,
                                       Alan Pomerantz


Date:  May 20, 2011                    WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                       /s/ Sean P. Nalty
                                       SEAN P. NALTY
                                       SHIVANI NANDA
                                       Attorneys for Defendants
                                       LIFE INSURANCE
                                       OF NORTH AMERICA

//
//
//
//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Plaintiff's counsel, Thornton Davidson, and Defendant's counsel, Sean Nalty, ~~may~~ shall participate in the initial Scheduling Conference in this action by telephone.

Dated: May 24, 2011

_____
HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT JUDGE