1  **THORNTON DAVIDSON, #166487**
ERISA Law Group
2  2055 San Joaquin Street
Fresno, California 93721-2717
3  Telephone:     (559) 256-9800
Facsimile:     (559) 256-9795
4  e-mail: thornton@erisalg.com

5

Attorney for Plaintiff, ALAN POMERANTZ
6

7  **SEAN P. NALTY  (SBN #121253)**
**SHIVANI NANDA (SBN# 253891)**
8  WILSON, ELSER, MOSKOWITZ,
 EDELMAN& DICKER LLP
9  525 Market Street, 17th Floor
San Francisco, CA  94105
10  Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370
11  Email: **Sean.Nalty@WilsonElser.com**
        **Shivani.Nanda@WilsonElser.com**
12

13  Attorney for Defendant,
LIFE INSURANCE COMPANY OF NORTH AMERICA
14

15

16

17                        UNITED STATES DISTRICT COURT FOR

                          THE NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN FRANCISCO DIVISION
19

20  ALAN POMERANTZ,                        )    Case No.:CV11-0652
                                           )
21          Plaintiff,                     )    **STIPULATION RE: STANDARD OF**
    v.                                     )    **REVIEW**
22                                         )
    LIFE INSURANCE COMPANY OF NORTH        )
23  AMERICA,                               )     AND ORDER THEREON
                                           )
24          Defendant.                     )
                                           )
25  _____   )

26  //

27  //

28  //

1     IT IS HEREBY STIPULATED by the parties, plaintiff ALAN POMERANTZ and

2  Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their counsel of

3  record, that the standard of review for Plaintiff's claim should be for de novo review.

4     IT IS SO STIPULATED.

5

6  Date:   July 13, 2011                    ERISA LAW GROUP LLP

7                                           By:    /s/ Thornton Davidson
                                                   THORNTON DAVIDSON, #166487
8                                                  Attorney for Plaintiff,
                                                   Alan Pomerantz
9

10

11 Date:   July 13, 2011                    WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP
12

13                                                 /s/ Sean P. Nalty
                                                   SEAN P. NALTY
14                                                 SHIVANI NANDA
                                                   Attorneys for Defendants
15                                                 LIFE INSURANCE
                                                   OF NORTH AMERICA
16

17

18                            [PROPOSED] ORDER

19     The standard of review for plaintiff ALAN POMERANTZ'S ERISA claim is for de novo

20 review.

21

22

23     IT IS SO ORDERED.

24 Dated:  July 19, 2011         _____
                                           HONORABLE MAXINE CHESNEY
25                                         UNITED STATES DISTRICT COURT JUDGE

26

27

28