IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN POMERANTZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant.<br>_____/ | No. C 11-0652 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO PERMIT LIMITED DISCOVERY** |

　　　Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Permit Limited Discovery, filed July 15, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

　　　The August 19, 2011 hearing before the undersigned is VACATED.

　　　**IT IS SO ORDERED**.

Dated: July 19, 2011

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge