1  SEAN P. NALTY, ESQ. (State Bar No. 121253)
   sean.nalty@wilsonelser.com
2  SHIVANI NANDA, ESQ. (State Bar No. 253891)
   shivani.nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant
7  LIFE INSURANCE COMPANY OF NORTH AMERICA

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | ALAN POMERANTZ,                          | Case No.:    C-11-0652 MMC  DMR
12 |            Plaintiff,                    |
13 |     v.                                   | **STIPULATION OF THE PARTIES TO EXTEND TIME TO PRESENT ANY DISCOVERY DISPUTE TO THE COURT;** ~~**PROPOSED**~~ **ORDER**
14 | LIFE INSURANCE COMPANY OF NORTH AMERICA, |
15 |            Defendant,                    |
16

17     The undersigned counsel of record for plaintiff Alan Pomerantz ("plaintiff") and defendant

18 Life Insurance Company of North America ("defendant") (collectively "the parties") hereby enter

19 into the following stipulation to extend the time to present discovery issues in this matter to the Court:

20                              **INTRODUCTION**

21     On July 22, 2011, Magistrate Judge Donna M. Ryu issued an order requiring that the parties

22 file a Resolution of Discovery Disputes letter addressing discovery disputes with the Court by August

23 5, 2011.  Plaintiff has served discovery in this matter and defendant disputes plaintiff's right to

24 undertake this discovery.   It will take the parties a significant amount of time to properly brief the

25 issues regarding this discovery dispute in light of the fact that this matter is governed by the

26 Employee Retirement Income Security Act of 1974 ("ERISA") and is subject to de novo review.

27     The parties also have begun serious settlement discussions.  The parties do not want to invest

28 the time briefing and adjudicating this discovery dispute until these settlement discussions are

---
1
**STIPULATION AND ORDER RE DISCOVERY ISSUES**
USDC NDCA Case # C-11-0652 MMC
726213.1

exhausted. The parties believe that delaying the briefing and adjudication of this discovery dispute will help facilitate settlement.

## STIPULATION

Accordingly, based on the facts set forth above, the parties hereby stipulate to the following:

The parties have until August 26, 2011 to file with Judge Ryu the Resolution of Discovery Disputes letter required in her order of July 22, 2011. The parties hereby jointly request that the Court modify its order of July 22, 2011 to adopt this new deadline for the submission of the Resolution of Discovery Dispute letter in this matter.

Date: August 4, 2011        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:      /s/ Sean P. Nalty
SEAN P. NALTY
SHIVANI NANDA
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: August 4, 2011        ERISA LAW GROUP

By:      /s/ Thornton Davidson
THORNTON DAVIDSON
Attorneys for Plaintiff
ALAN POMERANTZ

## ORDER

Based on the stipulation set forth above, and GOOD CAUSE appearing therefore, the Court hereby modifies its order of July 22, 2011 to require that the submission of the Resolution of Discovery Disputes letter in this matter be filed with the Court on or before August 26, 2011.

Date: August 5, 2011

DONNA M. RYU, UNITED STATES
MAGISTRATE JUDGE