SEAN P. NALTY, ESQ. (State Bar No. 121253)
sean.nalty@wilsonelser.com
SHIVANI NANDA, ESQ. (State Bar No. 253891)
shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN POMERANTZ,<br><br>            Plaintiff,<br><br>       v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant, | Case No.:    C-11-0652 MMC  DMR<br><br>**SECOND STIPULATION OF THE PARTIES TO EXTEND TIME TO PRESENT ANY DISCOVERY DISPUTE TO THE COURT; ORDER** |

The undersigned counsel of record for plaintiff Alan Pomerantz ("plaintiff") and defendant Life Insurance Company of North America ("defendant") (collectively "the parties") hereby enter into the following stipulation to extend the time to present discovery issues in this matter to the Court:

**INTRODUCTION**

On July 22, 2011, Magistrate Judge Donna M. Ryu issued an order requiring that the parties file a Resolution of Discovery Disputes letter addressing discovery disputes with the Court by August 5, 2011.  Based on the stipulation of the parties, the Court extended this date to August 26, 2011.

As noted in the prior stipulation, plaintiff has served discovery in this matter and defendant disputes plaintiff's right to undertake this discovery.  It will take the parties a significant amount of time to properly brief the issues regarding this discovery dispute in light of the fact that this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA") and is subject to de novo review.

The parties continue to have serious settlement discussions that should be concluded within the next two weeks at most. The parties do not want to invest the time briefing and adjudicating this discovery dispute until these settlement discussions are exhausted. The parties believe that delaying the briefing and adjudication of this discovery dispute will help facilitate settlement.

**STIPULATION**

Accordingly, based on the facts set forth above, the parties hereby stipulate to the following:

The parties have until September 9, 2011 to file with Judge Ryu the Resolution of Discovery Disputes letter required in her order of July 22, 2011. The parties hereby jointly request that the Court modify its order of July 22, 2011 to adopt this new deadline for the submission of the Resolution of Discovery Dispute letter in this matter.

Date: August 23, 2011         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
     SEAN P. NALTY
     SHIVANI NANDA
     Attorneys for Defendant
     LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: August 23 2011         ERISA LAW GROUP

By: /s/ Thornton Davidson
     THORNTON DAVIDSON
     Attorneys for Plaintiff
     ALAN POMERANTZ

**ORDER**

Based on the stipulation set forth above, and GOOD CAUSE appearing therefore, the Court hereby modifies its order of July 22, 2011 to require that the submission of the Resolution of Discovery Disputes letter in this matter be filed with the Court on or before September 9, 2011.

Date: 8/25/2011

_____
DONNA M. RYU, UNITED STATES
MAGISTRATE JUDGE