United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN POMERANTZ,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

No. C-11-0652 MMC

**ORDER VACATING DEADLINES AND MAY 4, 2012 HEARING; SCHEDULING NOVEMBER 11, 2011 STATUS CONFERENCE**

Before the Court is the Notice of Settlement, filed September 12, 2011 by plaintiff, in which plaintiff states the parties have settled the instant action, the settlement being contingent upon the execution of a written settlement agreement. Plaintiff also requests that all currently scheduled dates be vacated.

Good cause appearing, all existing deadlines and court appearances, including the May 4, 2012 motion hearing date, are hereby VACATED.

A Status Conference is hereby SCHEDULED for November 11, 2011, at 10:30 a.m. The parties shall file a Joint Status Conference Statement no later than November 4, 2011, unless the action has been dismissed prior to that date.

**IT IS SO ORDERED.**

Dated: September 13, 2011

MAXINE M. CHESNEY
United States District Judge