**THORNTON DAVIDSON, #166487**
ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9795
e-mail: thornton@erisalg.com

Attorney for Plaintiff, ALAN POMERANTZ

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN POMERANTZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No.:CV11-0652<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, ALAN POMERANTZ and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA that the Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

///

///

///

///

1  Date:   October 25, 2011                              ERISA LAW GROUP LLP

2
                                                  By:    /s/ Thornton Davidson
3                                                        THORNTON DAVIDSON, #166487
                                                         Attorney for Plaintiff,
4                                                        Alan Pomerantz

5

6                                                        WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP
7

8
    Date:   October 25, 2011                              /s/    Sean P. Nalty
9                                                        SEAN P. NALTY, No. 121253
                                                         FRANCIS TORRENCE, No. 154653
10                                                       Wilson, Elser, Moskowitz,
                                                            Edelman & Dicker LLP
11                                                       525 Market Street, 17th Floor
                                                         San Francisco, California 94105
12                                                       sean.nalty@wilsonelser.com

13                                                       Attorneys for Defendant,
                                                         LIFE INSURANCE COMPANY
14                                                       OF NORTH AMERICA

15

16                                    [PROPOSED] ORDER

17          **IT IS SO ORDERED.**

18

19  Dated: October 26, 2011            _____
                                                 HONORABLE MAXINE CHESNEY
20                                         UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28