**THORNTON DAVIDSON, #166487**
ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:   (559) 256-9795
e-mail: thornton@erisalg.com

Attorney for Plaintiff, ALAN POMERANTZ

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN POMERANTZ,<br><br>          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | Case No.:CV11-0652<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff, ALAN POMERANTZ and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA that the Parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

///

///

///

///

| | | | |
|---|---|---|---|
| 1 | Date: October 25, 2011 | | ERISA LAW GROUP LLP |
| 2 | | | |
| 3 | | By: | /s/ Thornton Davidson<br>THORNTON DAVIDSON, #166487<br>Attorney for Plaintiff, |
| 4 | | | Alan Pomerantz |

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Date: October 25, 2011      /s/   Sean P. Nalty
SEAN P. NALTY, No. 121253
FRANCIS TORRENCE, No. 154653
Wilson, Elser, Moskowitz,
   Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, California 94105
*sean.nalty@wilsonelser.com*

Attorneys for Defendant,
LIFE INSURANCE COMPANY
OF NORTH AMERICA

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: October 26, 2011      _____
HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT JUDGE